IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

BRIAN LANG CRAIG, )
)
    Plaintiff, )
)
vs. ) CV 98-G-1862-NE
)
STATE OF ALABAMA, and THE )
ALABAMA DEPARTMENT OF )
CORRECTIONS, )
)
    Defendants. )

**FILED**
OCT - 5 1998
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**ENTERED**
OCT 0  1998

MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on September 11, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) because suit against these defendants is constitutionally barred. No objections have been filed.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) because suit against these defendants is constitutionally barred. A Final Judgment will be entered.

    DATED this 5th day of Oct., 1998.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE

10